**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

THERESA CW PRYOR-KENDRICK
ADC # 708204; ALISHA PEARSON, ADC#708929;
ALISHA STROUD, ADC # 752560; GABBY
ALEXANDER, ADC # 706005; and
KATHLEEN DECHANT, ADC # 708149    PLAINTIFF

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 2 2007

JAMES W. McCORMACK, CLERK
By:_____
                          DEP CLERK

V. 1:07CV00004 JMM/HDY

JEFF DEEN, Lt., Grimes Unit, Arkansas Department of
Correction; MICHAEL COPELAND, Sgt., Grimes Unit,
Arkansas Department of Correction; PAMELA DONNELL,
Former Inmate SATP, Grimes Unit, Arkansas Department of
Correction; JEFFREY H. McLAIN, Sgt., Grimes Unit,
Arkansas Department of Correction; DONALD ANDERSON,
Doctor, Grimes Unit, Arkansas Department of Correction;
MAGGIE CAPELS, Assistant Warden, McPherson Unit,
Arkansas Department of Correction; JOHN A. MAPLES,
JR., Warden, Grimes & McPherson Units, Arkansas
Department of Correction; LAVONDA K. DENAUION,
Sgt., McPherson Unit, Arkansas Department of Correction;
SARA E. MARTIN, Corporal, McPherson Unit,
Arkansas Department of Correction; W. JONES, Corporal,
McPherson Unit, Arkansas Department of Correction;
CLARA G. ROBINSON, Corporal, McPherson Unit,
Arkansas Department of Correction; JAMES GIBSON,
Internal Affairs, Arkansas Department of Correction; LARRY
MAYS, Asst. Deputy Director, Arkansas Department of Correction;
LARRY NORRIS, Director, Arkansas Department of Correction;
R.M. JACKSON, Sgt., McPherson Unit, Arkansas Department of
Correction; ARMSTRONG, Sgt., McPherson Unit; Arkansas
Department of Correction; HEFLIN, Sgt., McPherson Unit,
Arkansas Department of Correction; and RODNEY MONROE
JACKSON, Sgt., McPherson Unit, Arkansas Department of Correction    DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition

submitted by United States Magistrate Judge H. David Young.  No objections have been filed.

After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff Pryor-Kendrick's claims against inmate Defendant Donnell are dismissed for failure to state a claim, and she shall be stricken as a party-Defendant;

2. Plaintiff Pryor-Kendrick's allegations related to Defendant Deen's car accidents are dismissed for failure to state a claim;

3. Plaintiff Pryor-Kendrick must submit a second Amended Complaint containing the above- requested specific information concerning the nature of her claims;

4. Plaintiff Alexander must submit her own Complaint as a new case filing, along with the previously-ordered Application to Proceed *In Forma Pauperis*, as outlined above;

5. Plaintiff Dechant must submit her own Complaint as a new case filing, along with the previously-ordered Application to Proceed *In Forma Pauperis*, as outlined above;

6. Plaintiff Pearson must submit her own Complaint as a new case filing, along with the previously-ordered Application to Proceed *In Forma Pauperis*, as outlined above;

7. Plaintiff Stroud must submit her own Complaint as a new case filing, along with the previously-ordered Application to Proceed *In Forma Pauperis*, as outlined above; and

8. Service is not appropriate on Defendants at this time.
DATED this 2nd day of ~~June~~ July, 2007.

UNITED STATES DISTRICT JUDGE