### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### BATESVILLE DIVISION

THERESA C.W. PRYOR-KENDRICK
ADC # 708204 *et al.*                                                                                    PLAINTIFF

V.                                        1:07CV00004 JMM/HDY

DEEN *et al.*                                                                                              DEFENDANTS

### ORDER

Pending before the Court is the Motion of Plaintiff to voluntarily dismiss her cause of action (docket entry #23). Defendants have not yet been served with notice of the complaint against them and will suffer no prejudice from the grant of the relief sought.  Accordingly, Plaintiff's request is GRANTED and her claims are dismissed without prejudice.

DATED this 9th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE