## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

THERESA C.W. PRYOR-KENDRICK
ADC # 708204 *et al.*                                                                                PLAINTIFF

V.                                        1:07CV00004 JMM/HDY

DEEN *et al.*                                                                                          DEFENDANTS

### JUDGMENT

Consistent with the Orders that were entered on this day, as well as the Order of Dismissal entered on July 9, 2007 (docket entry #24), it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Orders would not be taken in good faith.

DATED this 17th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE