IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

THERESA CW PRYOR-KENDRICK
ADC # 708204; ALISHA PEARSON, ADC#708929;
ALISHA STROUD, ADC # 752560; GABBY
ALEXANDER, ADC # 706005; and
KATHLEEN DECHANT, ADC # 708149                                    PLAINTIFFS

V.                                    1:07CV00004 JMM

DEEN *et al.*                                                       DEFENDANTS

## AMENDED JUDGMENT

Consistent with the Orders of Dismissal that have been entered in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Orders would not be taken in good faith.

DATED this 24th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE